UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMERICAN BONDING COMPANY, INC.,

      Plaintiff,

v.

AMERICAN CONTRACTORS INDEMNITY
COMPANY,

      Defendant.

Case No. 2:10-CV-0441
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

This matter is before the Court on Defendant American Contractors Indemnity Company's ("ACIC") Motion to Revoke Michael C. Alberty's *Pro Hac Vice* Admission, Motion to Show Cause, and Motion to Stay (Doc. 94) and Plaintiff American Bonding Company, Inc.'s ("ABC") Motion Requesting This Honorable Court Appoint Its Counsel, Michael C. Alberty, as Trial Counsel or in the Alternative Grant Plaintiff Reasonable Time to Obtain Local Counsel to Act as Trial Counsel (Doc. 111).

A hearing on this Court's Order to Show Cause (Doc. 114) regarding these motions was held on May 22, 2012. For the reasons expressed at the hearing, attorney Michael C. Alberty is **ORDERED** to obtain local trial counsel by **June 5, 2012** or his *pro hac vice* status will be revoked. The motions (Docs. 94 and 111) are **HELD in ABEYANCE**.

      **IT IS SO ORDERED.**

5-22-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE