UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMERICAN CONTRACTORS
INDEMNITY COMPANY,
    Plaintiff,

-v-                                        Case No. C2-10-441
                                              JUDGE SARGUS
                                              Magistrate Judge Abel

AMERICAN BONDING COMPANY, INC.,
    Defendant.

## AMENDED ORDER SETTING TRIAL DATE

The Court's Order Setting Trial Date entered on January 31, 2012 (Doc.# 82) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

**Summary:**

| | |
|---|---|
| August 14, 2012 | Confidential assessment for settlement conference. See Section B of Doc. # 82 for an explanation, and also for the parties' obligations prior to and during the Settlement Conference. |
| August 21, 2012<br>Tues., 9:30 am | Settlement conference. Parties shall inform the Court whether they intend to handle exhibits electronically. The Courtroom which will be used for the trial is fully equipped to handle electronic exhibits. |
| August 27, 2012 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| September 4, 2012 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| September 10, 2012 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| September 17, 2012 | Final pretrial order due. General areas of questions for voir dire. |

September 20, 2012          Final pretrial conference.
9:00 am

October 1, 2012             Voir dire, Trial - opening statements, presentation of evidence.

    The parties are directed to refer to the Court's <u>Original</u> Scheduling Order Setting Trial Date <u>(Doc. #82, filed 01/31/12)</u> for substantive direction as to the foregoing deadlines.

**IT IS SO ORDERED.**

6-8-2012

Date

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE