UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMERICAN BONDING COMPANY, INC.,

    Plaintiff,

v.

    Case No. 2:10-CV-441
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

AMERICAN CONTRACTORS
INDEMNITY COMPANY,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff American Bonding Company, Inc.'s Motion to Dismiss Defendant's Counterclaim for Declaratory Judgment and Motion to Stay Proceedings Pending the Filing of a Responsive Answer to the Second Amended Complaint (Doc. 125).

The Court notes that Plaintiff's response to Defendant's Motions for Summary Judgment (Docs. 79 and 80) was due on Friday, July 13, 2012. Plaintiff shall file its response by **Friday, July 27, 2012**. Otherwise, the Court will treat the Defendant's Motions for Summary Judgment (Docs. 79 and 80) as fully briefed.

Defendant shall file any response to Plaintiff's Motion to Dismiss Defendant's Counterclaim for Declaratory Judgment by **Friday, July 27, 2012**.

Plaintiff's Motion to Stay Proceedings Pending the Filing of a Responsive Answer to the Second Amended Complaint is **DENIED**.

**IT IS SO ORDERED.**

7-18-2012
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE