AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**AMERICAN BONDING COMPANY, INC.,**

      **Plaintiff,**

**v.**

**AMERICAN CONTRACTORS INDEMNITY COMPANY,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-10-441**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 23, 2012, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**

Date: August 23, 2012

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk