AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**AMERICAN BONDING COMPANY, INC.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**AMERICAN CONTRACTORS INDEMNITY COMPANY,**

CASE NO. C2-10-441
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

      **Defendant.**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed August 23, 2012, JUDGMENT is hereby entered in favor of the Defendant. This case is DISMISSED.**

Date: August 23, 2012                        JAMES BONINI, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk